**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER D. SEVILLET,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66161

**FILED**

AUG 2 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for evidentiary hearing. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for evidentiary hearing, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Jerome T. Tao, District Judge
Alexander D. Sevillet
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

 

14-27517